Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: SAMPANG, FLORA L. | § Case No. 17-25751 |
| SAMPANG, ALFREDO C. | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 28, 2017. The undersigned trustee was appointed on August 28, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     14,038.18

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 805.89 |
| Bank service fees | 127.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 13,104.76 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/15/2018 and the deadline for filing governmental claims was 02/24/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,153.82. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,153.82, for a total compensation of $2,153.82.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $59.18, for total expenses of $59.18.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2018     By: /s/Ira Bodenstein
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-25751  
**Case Name:** SAMPANG, FLORA L.  
SAMPANG, ALFREDO C.  
**Period Ending:** 07/13/18

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 08/28/17 (f)  
**§341(a) Meeting Date:** 09/28/17  
**Claims Bar Date:** 02/15/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 15241 Waverly Ave., Midlothian, IL 60445-0000, C<br>  Orig. Description: 15241 Waverly Ave., Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1; Lien: Opened 02/07 Last Active 8/05/16<br>15241 Waverly Ave. Midlothian, IL 60445 Cook County FMV-Zillow<br>Value $449,997.00  -  Amount: 742457.00 | 449,997.00 | 0.00 |  | 0.00 | FA |
| 2 | 5117 Oakdale Ave., Chicago, IL 60641-0000, Cook<br>  Orig. Description: 5117 Oakdale Ave., Chicago, IL 60641-0000, Cook County<br>; Imported from original petition Doc# 1; Lien: Opened 02/07 Last Active 8/18/16<br>5117 Oakdale Ave. Chicago, IL 60641 Cook County FMV-Zillow<br>Value $218,856.00  -  Amount: 258086.00 | 218,856.00 | 0.00 |  | 0.00 | FA |
| 3 | 15300 Kenneth Ave., Midlothian, IL 60445-0000, C<br>  Orig. Description: 15300 Kenneth Ave., Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 2,268.00 | 0.00 |  | 0.00 | FA |
| 4 | 15320 Kenneth Ave., Midlothian, IL 60445-0000, C<br>  Orig. Description: 15320 Kenneth Ave., Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 1,512.00 | 0.00 |  | 0.00 | FA |
| 5 | 15322 Kenneth, Midlothian, IL 60445-0000, Cook C<br>  Orig. Description: 15322 Kenneth, Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 756.00 | 0.00 |  | 0.00 | FA |
| 6 | 15301 Kostner, Midlothian, IL 60445-0000, Cook C<br>  Orig. Description: 15301 Kostner, Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 3,024.00 | 0.00 |  | 0.00 | FA |
| 7 | 15303 Kostner, Midlothian, IL 60445-0000, Cook C<br>  Orig. Description: 15303 Kostner, Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 756.00 | 0.00 |  | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-25751  
**Case Name:** SAMPANG, FLORA L.  
SAMPANG, ALFREDO C.  
**Period Ending:** 07/13/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/28/17 (f)  
**§341(a) Meeting Date:** 09/28/17  
**Claims Bar Date:** 02/15/18

| 1 Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 8 Checking: Bank of America<br>   Orig. Description: Checking: Bank of America; Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 9 Living Room Set, (5) Bed Room Sets, Dining Room<br>   Orig. Description: Living Room Set, (5) Bed Room Sets, Dining Room Set; Imported from original petition Doc# 1; Exemption: Living Room Set, (5) Bed Room Sets, Dining Room Set  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 10 (5) Televisions, (2) DVD Players, 3 Computers, M<br>   Orig. Description: (5) Televisions, (2) DVD Players, 3 Computers, Microwave, (2) Smart Phones; Imported from original petition Doc# 1; Exemption: (5) Televisions, (2) DVD Players, 3 Computers, Microwave, (2) Smart Phones  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 11 Clothes<br>   Orig. Description: Clothes; Imported from original petition Doc# 1; Exemption: Clothes  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 12 Fishing Poles<br>   Orig. Description: Fishing Poles; Imported from original petition Doc# 1; Exemption: Fishing Poles  -  Amount: 20.00 | 20.00 | 0.00 | | 0.00 | FA |
| 13 Washington Insurance Company<br>   Orig. Description: Washington Insurance Company; Imported from original petition Doc# 1; Exemption: Washington Insurance Company  -  Amount: 6680.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 2003 Ford F150<br>   Orig. Description: 2003 Ford F150; Imported from original petition Doc# 1; Exemption: 2003 Ford F150 50,000 miles FMV-NADA  -  Amount: 3025.00 | 3,025.00 | 0.00 | | 0.00 | FA |
| 15 2005 Dodge Caravan<br>   Orig. Description: 2005 Dodge Caravan; Imported from original petition Doc# 1; Exemption: 2005 Dodge Caravan 78,000 miles FMV-NADA  -  Amount: 1225.00 | 1,225.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-25751  
**Case Name:** SAMPANG, FLORA L.  
SAMPANG, ALFREDO C.  
**Period Ending:** 07/13/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/28/17 (f)  
**§341(a) Meeting Date:** 09/28/17  
**Claims Bar Date:** 02/15/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16  2006 Hummer H2   Orig. Description: 2006 Hummer H2; Imported from original petition Doc# 1 | 21,456.00 | 10,000.00 | | 14,000.00 | FA |
| 17  Dog, 15 Parakeets   Orig. Description: Dog, 15 Parakeets; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18  Discover Card refund (u) | 0.00 | 38.18 | | 38.18 | FA |
| 18  Assets  Totals (Excluding unknown values) | **$714,705.00** | **$10,038.18** | | **$14,038.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2018- Asset investigation underway

**Initial Projected Date Of Final Report (TFR):** March 31, 2019    **Current Projected Date Of Final Report (TFR):** March 31, 2019

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-25751  
**Case Name:** SAMPANG, FLORA L.  
SAMPANG, ALFREDO C.  
**Taxpayer ID #:** **-***7888  
**Period Ending:** 07/13/18

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/17 | {16} | American Auction Associate Inc | Net proceeds from sale of 2006 Hummer Dkt # 46 | 1129-000 | 14,000.00 | | 14,000.00 |
| 12/29/17 | {18} | Discover Bank | Discover Card refund | 1290-000 | 38.18 | | 14,038.18 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.41 | 14,026.77 |
| 01/19/18 | 101 | American Auction Associates, Inc | Sale expenses from sale of Hummer | 3620-000 | | 805.89 | 13,220.88 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.14 | 13,198.74 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.71 | 13,181.03 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.95 | 13,162.08 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.29 | 13,143.79 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.79 | 13,123.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.24 | 13,104.76 |
| | | | **ACCOUNT TOTALS** | | 14,038.18 | 933.42 | **$13,104.76** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,038.18 | 933.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,038.18** | **$933.42** | |

Net Receipts : 14,038.18  
Net Estate : $14,038.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6266** | 14,038.18 | 933.42 | 13,104.76 |
| | $14,038.18 | $933.42 | $13,104.76 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 15, 2018

**Case Number:** 17-25751  
**Debtor Name:** SAMPANG, FLORA L.

Page: 1

**Date:** July 13, 2018  
**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $59.18 | $0.00 | 59.18 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,153.82 | $0.00 | 2,153.82 |
| 1P 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $1,201,531.04 | $0.00 | 1,201,531.04 |
| 17P 570 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority | | $133,656.23 | $0.00 | 133,656.23 |
| 18P 570 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority | | $4,042.23 | $0.00 | 4,042.23 |
| 7 100 | Buzogany Marks and Mueller LLC<br>201 Mittel Drive<br>Wood Dale, IL 60191 | Secured | Paid $13,0000by auctioneer by court order dted 11/29/17 Dkt # 46 | $0.00 | $0.00 | 0.00 |
| 17S 100 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Secured | | $1,761.49 | $0.00 | 1,761.49 |
| NOTFILED 100 | Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098 | Secured | 2886 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 15, 2018

**Case Number:** 17-25751  
**Debtor Name:** SAMPANG, FLORA L.

Page: 2

**Date:** July 13, 2018  
**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 15, 2018

**Case Number:** 17-25751　　　　　　　　Page: 3　　　　　　　　**Date:** July 13, 2018
**Debtor Name:** SAMPANG, FLORA L.　　　　　　　　　　　　　**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Seterus Inc<br>14523 Sw Millikan Way<br>Beaverton, OR 97005 | Secured | 1595 | $0.00 | $0.00 | 0.00 |
| 1U 610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured | | $17,887.66 | $0.00 | 17,887.66 |
| 2 610 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054 | Unsecured | 8842 | $1,876.98 | $0.00 | 1,876.98 |
| 3 610 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054 | Unsecured | 3462 | $999.54 | $0.00 | 999.54 |
| 4 610 | Portfolio Recovery Associates, LLC<br>Successor to FIA CARD SERVICES, N.A. (MBNA),POB 41067<br>Norfolk, VA 23541 | Unsecured | 0690 | $7,862.72 | $0.00 | 7,862.72 |
| 5 610 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK(SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | 1592 | $984.59 | $0.00 | 984.59 |
| 6 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 3863 | $1,212.37 | $0.00 | 1,212.37 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 15, 2018

**Case Number:** 17-25751  
**Debtor Name:** SAMPANG, FLORA L.

Page: 4

**Date:** July 13, 2018  
**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 1073 | $2,681.04 | $0.00 | 2,681.04 |
| 8 610 | Navient PC Trust c/o<br>Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | 1391 | $1,019.10 | $0.00 | 1,019.10 |
| 9 610 | SLM BANK c/o<br>Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | | $2,632.63 | $0.00 | 2,632.63 |
| 10 610 | Navient PC Trust c/o<br>Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | 1383 | $4,161.37 | $0.00 | 4,161.37 |
| 11 610 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 3483 | $2,118.33 | $0.00 | 2,118.33 |
| 12 610 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | 6442 | $18,246.71 | $0.00 | 18,246.71 |
| 13 610 | Citizens Bank, N.A.<br>c/o Riemer & Braunstein LLP<br>71 South Wacker Drive, Suite 3515<br>Chicago, IL 60606 | Unsecured | | $620,539.38 | $0.00 | 620,539.38 |
| 14 610 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Unsecured | 8875 | $8,826.70 | $0.00 | 8,826.70 |
| 15 610 | CACH, LLC its successors and assigns as assignee<br>of FIA Card Services, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $24,950.13 | $0.00 | 24,950.13 |
| 16 610 | CACH, LLC its successors and assigns as assignee<br>of Wells Fargo Bank, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $27,198.94 | $0.00 | 27,198.94 |
| NOTFILED 610 | Abe Credit & Recovery<br>4736 Main St Ste 4<br>Lisle, IL 60532 | Unsecured | 0151 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 15, 2018

**Case Number:** 17-25751  
**Debtor Name:** SAMPANG, FLORA L.

Page: 5

**Date:** July 13, 2018  
**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Advocate Medical Group<br>do: ICS Collection Service Inc.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899 | Unsecured | 5377 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bayview Financial Loan<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146 | Unsecured | 4158 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bayview Financial Loan<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146 | Unsecured | 4151 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Unsecured | 3600 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Unsecured | 0224 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Unsecured | 6537 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cavalry Specialists<br>do: Blitt & Gaines<br>661 GLENN AVE<br>Wheeling, IL 60090 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cci<br>Contract Callers Inc. Cci<br>Augusta, GA 30901 | Unsecured | 1403 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank<br>PO Box 769018<br>San Antonio, TX 78245 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | Unsecured | 4220 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | Unsecured | 4816 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | City of Chicago -Dept of finance<br>do: Arnold Scott Harris, PC<br>111 W. Jackson Blvd, Ste 600<br>Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Constellation Energy Services<br>do: McCarthy, Burgess & Wolff<br>26000 Cannon Rd.<br>Bedford, OH 44146 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 15, 2018

**Case Number:** 17-25751　　　　　　　　　　　　Page: 6　　　　　　　　　　　　**Date:** July 13, 2018
**Debtor Name:** SAMPANG, FLORA L.　　　　　　　　　　　　　　　　　　　　**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Department of Health & Human Servic<br>do: CBE Group, Inc.<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Falls Collection Svc<br>Po Box 668<br>Germantown, WI 53022 | Unsecured | 5040 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midwest fidelity Services, LLC<br>103 S. Main St.<br>Ottawa, KS 66067 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Navient<br>123 S Justison St Ste 30<br>Wilmington, DE 19801 | Unsecured | 0767 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Omega Rms<br>7505 W Tiffany Springs Parkway<br>Kansas City, MO 64153 | Unsecured | 1951 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | Unsecured | 1421 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | Unsecured | 3625 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | RBS Citizens<br>do: Riemer and Braunstein<br>71 South Wacker, Ste. 3515<br>Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Renaissance Recovery Services, Inc.<br>PO Box 1095<br>Park Ridge, IL 60068 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Thomas Lynch and Assoicates<br>9231 S. Roberts Rd.<br>Ste 100<br>Hickory Hills, IL 60457 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | US Bank<br>PO Box 790084<br>Saint Louis, MO 63179-0084 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 17U 620 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Unsecured | | $22,252.40 | $0.00 | 22,252.40 |
| 18U 620 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Unsecured | | $698.08 | $0.00 | 698.08 |
| << Totals >> | | | | 2,109,352.66 | 0.00 | 2,109,352.66 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 17-25751
Case Name: SAMPANG, FLORA L.
Trustee Name: Ira Bodenstein

**Balance on hand:**     $     13,104.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 17S | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 1,761.49 | 1,761.49 | 0.00 | 1,761.49 |

Total to be paid to secured creditors:     $     1,761.49
Remaining balance:     $     11,343.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,153.82 | 0.00 | 2,153.82 |
| Trustee, Expenses - Ira Bodenstein | 59.18 | 0.00 | 59.18 |

Total to be paid for chapter 7 administration expenses:     $     2,213.00
Remaining balance:     $     9,130.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     9,130.27

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,339,229.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 1,201,531.04 | 0.00 | 8,191.50 |
| 17P | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 133,656.23 | 0.00 | 911.21 |
| 18P | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 4,042.23 | 0.00 | 27.56 |

Total to be paid for priority claims:   $   9,130.27
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 743,198.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 17,887.66 | 0.00 | 0.00 |
| 2 | Discover Bank | 1,876.98 | 0.00 | 0.00 |
| 3 | Discover Bank | 999.54 | 0.00 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7,862.72 | 0.00 | 0.00 |
| 5 | Portfolio Recovery Associates, LLC | 984.59 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 1,212.37 | 0.00 | 0.00 |
| 7 | American Express Bank, FSB | 2,681.04 | 0.00 | 0.00 |
| 8 | Navient PC Trust c/o | 1,019.10 | 0.00 | 0.00 |
| 9 | SLM BANK c/o | 2,632.63 | 0.00 | 0.00 |
| 10 | Navient PC Trust c/o | 4,161.37 | 0.00 | 0.00 |
| 11 | American Express Bank, FSB | 2,118.33 | 0.00 | 0.00 |
| 12 | Bank of America, N.A. | 18,246.71 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Citizens Bank, N.A. | 620,539.38 | 0.00 | 0.00 |
| 14 | Synchrony Bank | 8,826.70 | 0.00 | 0.00 |
| 15 | CACH, LLC its successors and assigns as assignee | 24,950.13 | 0.00 | 0.00 |
| 16 | CACH, LLC its successors and assigns as assignee | 27,198.94 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 22,950.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 22,252.40 | 0.00 | 0.00 |
| 18U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 698.08 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**