| | |
|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:   TIMOTHY A. BARNES<br>Chapter 7<br>:<br>Hearing Date:   08/22/2018<br>Hearing Time:   10:30 am |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | SAMPANG, FLORA L.<br>SAMPANG, ALFREDO C. | §<br>§<br>§ | Case No. 17-25751 |
| Debtor(s) | | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and the application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 08/22/2018 in Courtroom 744, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/16/2018        By:    Ira Bodenstein
                                      Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
| Shaw Fishman | Chapter   7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL  60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SAMPANG, FLORA L.   § Case No. 17-25751
SAMPANG, ALFREDO C.   §
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   14,038.18

*and approved disbursements of*   $   933.42

*leaving a balance on hand of* [1]   $   13,104.76

**Balance on hand:**   $   13,104.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 17S | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 1,761.49 | 1,761.49 | 0.00 | 1,761.49 |

Total to be paid to secured creditors:   $   1,761.49
Remaining balance:   $   11,343.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,153.82 | 0.00 | 2,153.82 |
| Trustee, Expenses - Ira Bodenstein | 59.18 | 0.00 | 59.18 |

Total to be paid for chapter 7 administration expenses:   $   2,213.00
Remaining balance:   $   9,130.27

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     9,130.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,339,229.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 1,201,531.04 | 0.00 | 8,191.50 |
| 17P | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 133,656.23 | 0.00 | 911.21 |
| 18P | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 4,042.23 | 0.00 | 27.56 |

Total to be paid for priority claims:   $     9,130.27
Remaining balance:   $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 743,198.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 17,887.66 | 0.00 | 0.00 |
| 2 | Discover Bank | 1,876.98 | 0.00 | 0.00 |
| 3 | Discover Bank | 999.54 | 0.00 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7,862.72 | 0.00 | 0.00 |
| 5 | Portfolio Recovery Associates, LLC | 984.59 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 1,212.37 | 0.00 | 0.00 |
| 7 | American Express Bank, FSB | 2,681.04 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 8 | Navient PC Trust c/o | 3,619.10 | 0.00 | 0.00 |
| 9 | SLM BANK c/o | 2,632.63 | 0.00 | 0.00 |
| 10 | Navient PC Trust c/o | 4,161.37 | 0.00 | 0.00 |
| 11 | American Express Bank, FSB | 2,118.33 | 0.00 | 0.00 |
| 12 | Bank of America, N.A. | 18,246.71 | 0.00 | 0.00 |
| 13 | Citizens Bank, N.A. | 620,539.38 | 0.00 | 0.00 |
| 14 | Synchrony Bank | 8,826.70 | 0.00 | 0.00 |
| 15 | CACH, LLC its successors and assigns as assignee | 24,950.13 | 0.00 | 0.00 |
| 16 | CACH, LLC its successors and assigns as assignee | 27,198.94 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 22,950.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 22,252.40 | 0.00 | 0.00 |
| 18U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 698.08 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Flora L. Sampang  
Alfredo C. Sampang  
    Debtors

Case No. 17-25751-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: jclarke　　　Page 1 of 2　　　Date Rcvd: Jul 17, 2018  
                      Form ID: pdf006　　　Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
jdb            +Alfredo C. Sampang,    15241 Waverly Ave.,    Midlothian, IL 60445-3285
26275565        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
26268743        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
26418661       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
26447919        CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
26447922        CACH, LLC its successors and assigns as assignee,    of Wells Fargo Bank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
26419298       +Citizens Bank, N.A.,    c/o Riemer & Braunstein LLP,    71 South Wacker Drive, Suite 3515,
                 Chicago, IL 60606-4610
26742623        ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY,    PO BOX 19035,    SPRINGFIELD, IL 62794-9035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: flora@samlandgroup.com Jul 18 2018 01:50:03      Flora L. Sampang,
                 15241 Waverly Ave.,    Midlothian, IL 60445-3285
26229464       +E-mail/Text: mrdiscen@discover.com Jul 18 2018 01:55:37      Discover Bank,
                 Discover Product Inc,    PO BOX 3025,    New Albany, OH 43054-3025
25959458       +E-mail/Text: cio.bncmail@irs.gov Jul 18 2018 01:55:55      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
26340027        E-mail/PDF: pa_dc_claims@navient.com Jul 18 2018 01:54:20      Navient PC Trust c/o,
                 Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
26254602        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 01:53:47
                 Portfolio Recovery Associates, LLC,    Successor to FIA CARD SERVICES, N.A.,    (MBNA),
                 POB 41067,    Norfolk, VA 23541
26257972        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 01:54:02
                 Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK(SAMS CLUB),    POB 41067,
                 Norfolk, VA 23541
26340073        E-mail/PDF: pa_dc_claims@navient.com Jul 18 2018 01:53:47      SLM BANK c/o,
                 Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
26438211       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 01:54:15      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26374264*       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
```
              Chad M. Hayward    on behalf of Debtor 2 Alfredo C. Sampang jean@haywardlawoffices.com,
               courtnotices968@gmail.com;courtnotice@haywardlawoffices.com;r56325@notify.bestcase.com
              Chad M. Hayward    on behalf of Debtor 1 Flora L. Sampang jean@haywardlawoffices.com,
               courtnotices968@gmail.com;courtnotice@haywardlawoffices.com;r56325@notify.bestcase.com
              Dana N O'Brien    on behalf of Creditor    Flagstar Bank dana.obrien@mccalla.com,
               NDistrict@mccalla.com
              Ha M Nguyen    on behalf of Plaintiff Patrick S Layng ha.nguyen@usdoj.gov
              Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov
              Ira Bodenstein    on behalf of Trustee Ira  Bodenstein iratrustee@shawfishman.com,
               IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
```

```
District/off: 0752-1          User: jclarke              Page 2 of 2              Date Rcvd: Jul 17, 2018
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Ira  Bodenstein    iratrustee@foxrothschild.com,
        IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
        Jeffrey D Ganz    on behalf of Creditor    Citizens Bank, N.A. jganz@riemerlaw.com,
        saguado@riemerlaw.com
        Kenneth W Bach    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), a
        corporation organized and existing under the laws of the United States of America
        kennethb@johnsonblumberg.com,  bkecfnotices@johnsonblumberg.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip J Block    on behalf of Creditor    Citizens Bank, N.A. pblock@riemerlaw.com,
        saguado@riemerlaw.com
        Toni  Townsend    on behalf of Creditor    Flagstar Bank, FSB toni.townsend@mccalla.com,
        northerndistrict@mccalla.com

                                                                                                      TOTAL: 12