**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: SAMPANG, FLORA L. § Case No. 17-25751
SAMPANG, ALFREDO C. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $693,249.00 *(without deducting any secured claims)* | Assets Exempt: $12,750.00 |
| Total Distribution to Claimants: $10,891.76 | Claims Discharged Without Payment: $3,109,161.90 |
| Total Expenses of Administration: $3,146.42 | |

3) Total gross receipts of $ 14,038.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,038.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,000,543.00 | $1,761.49 | $1,761.49 | $1,761.49 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,146.42 | 3,146.42 | 3,146.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,050,000.00 | 1,339,229.50 | 1,339,229.50 | 9,130.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,064,630.00 | 766,148.67 | 766,148.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,115,173.00 | $2,110,286.08 | $2,110,286.08 | $14,038.18 |

4) This case was originally filed under Chapter 7 on August 28, 2017. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2018         By: /s/Ira Bodenstein
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Hummer H2 | 1129-000 | 14,000.00 |
| Discover Card refund | 1290-000 | 38.18 |
| **TOTAL GROSS RECEIPTS** | | **$14,038.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Buzogany Marks and Mueller LLC | 4210-000 | N/A | | 0.00 | 0.00 |
| 17S | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 4110-000 | 0.00 | 1,761.49 | 1,761.49 | 1,761.49 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Seterus Inc | 4110-000 | 258,086.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Flagstar Bank | 4110-000 | 742,457.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,000,543.00** | **$1,761.49** | **$1,761.49** | **$1,761.49** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 2,153.82 | 2,153.82 | 2,153.82 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 59.18 | 59.18 | 59.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.41 | 11.41 | 11.41 |
| Auctioneer for Trustee Expenses - American Auction Associates, Inc | 3620-000 | N/A | 805.89 | 805.89 | 805.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.14 | 22.14 | 22.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.71 | 17.71 | 17.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.95 | 18.95 | 18.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.29 | 18.29 | 18.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.79 | 20.79 | 20.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.24 | 18.24 | 18.24 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $3,146.42 | $3,146.42 | $3,146.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 1,000,000.00 | 1,201,531.04 | 1,201,531.04 | 8,191.50 |
| 17P | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 5800-000 | 50,000.00 | 133,656.23 | 133,656.23 | 911.21 |
| 18P | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 5800-000 | N/A | 4,042.23 | 4,042.23 | 27.56 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $1,050,000.00 | $1,339,229.50 | $1,339,229.50 | $9,130.27 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 17,887.66 | 17,887.66 | 0.00 |
| 2 | Discover Bank | 7100-000 | 1,876.00 | 1,876.98 | 1,876.98 | 0.00 |
| 3 | Discover Bank | 7100-000 | 999.00 | 999.54 | 999.54 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 7,863.00 | 7,862.72 | 7,862.72 | 0.00 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 985.00 | 984.59 | 984.59 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | 1,212.00 | 1,212.37 | 1,212.37 | 0.00 |
| 7 | American Express Bank, FSB | 7100-000 | 2,681.00 | 2,681.04 | 2,681.04 | 0.00 |
| 8 | Navient PC Trust c/o | 7100-000 | 1,211.00 | 1,019.10 | 1,019.10 | 0.00 |
| 9 | SLM BANK c/o | 7100-000 | N/A | 2,632.63 | 2,632.63 | 0.00 |
| 10 | Navient PC Trust c/o | 7100-000 | 5,699.00 | 4,161.37 | 4,161.37 | 0.00 |
| 11 | American Express Bank, FSB | 7100-000 | 2,118.00 | 2,118.33 | 2,118.33 | 0.00 |
| 12 | Bank of America, N.A. | 7100-000 | 18,246.00 | 18,246.71 | 18,246.71 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Citizens Bank, N.A. | 7100-000 | N/A | 620,539.38 | 620,539.38 | 0.00 |
| 14 | Synchrony Bank | 7100-000 | 8,826.00 | 8,826.70 | 8,826.70 | 0.00 |
| 15 | CACH, LLC its successors and assigns as assignee | 7100-000 | N/A | 24,950.13 | 24,950.13 | 0.00 |
| 16 | CACH, LLC its successors and assigns as assignee | 7100-000 | N/A | 27,198.94 | 27,198.94 | 0.00 |
| 17U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 7200-000 | N/A | 22,252.40 | 22,252.40 | 0.00 |
| 18U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 7200-000 | N/A | 698.08 | 698.08 | 0.00 |
| NOTFILED | Constellation Energy Services | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago -Dept of finance | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 9,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Cavalry Specialists | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 10,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,227.00 | N/A | N/A | 0.00 |
| NOTFILED | Cci | 7100-000 | 766.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Health & Human Servic | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 197,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Omega Rms | 7100-000 | 5,954.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Lynch and Assoicates | 7100-000 | 3,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Renaissance Recovery Services, Inc. | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 6,298.00 | N/A | N/A | 0.00 |
| NOTFILED | RBS Citizens | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Ass | 7100-000 | 13,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Navient | 7100-000 | 3,451.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest fidelity Services, LLC | 7100-000 | 8,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 10,281.00 | N/A | N/A | 0.00 |
| NOTFILED | Falls Collection Svc | 7100-000 | 285.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Ass | 7100-000 | 17,321.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 21,034.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 2,714.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Financial Loan | 7100-000 | 228,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Financial Loan | 7100-000 | 440,536.00 | N/A | N/A | 0.00 |
| NOTFILED | Abe Credit & Recovery | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,064,630.00** | **$766,148.67** | **$766,148.67** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-25751  
**Case Name:** SAMPANG, FLORA L.  
SAMPANG, ALFREDO C.  
**Period Ending:** 10/26/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/28/17 (f)  
**§341(a) Meeting Date:** 09/28/17  
**Claims Bar Date:** 02/15/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 15241 Waverly Ave., Midlothian, IL 60445-0000, C<br>Orig. Description: 15241 Waverly Ave., Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1; Lien: Opened 02/07 Last Active 8/05/16<br>15241 Waverly Ave. Midlothian, IL 60445 Cook County FMV-Zillow<br>Value $449,997.00 - Amount: 742457.00 | 449,997.00 | 0.00 | | 0.00 | FA |
| 2 | 5117 Oakdale Ave., Chicago, IL 60641-0000, Cook<br>Orig. Description: 5117 Oakdale Ave., Chicago, IL 60641-0000, Cook County<br>; Imported from original petition Doc# 1; Lien: Opened 02/07 Last Active 8/18/16<br>5117 Oakdale Ave. Chicago, IL 60641 Cook County FMV-Zillow<br>Value $218,856.00 - Amount: 258086.00 | 218,856.00 | 0.00 | | 0.00 | FA |
| 3 | 15300 Kenneth Ave., Midlothian, IL 60445-0000, C<br>Orig. Description: 15300 Kenneth Ave., Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 2,268.00 | 0.00 | | 0.00 | FA |
| 4 | 15320 Kenneth Ave., Midlothian, IL 60445-0000, C<br>Orig. Description: 15320 Kenneth Ave., Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 1,512.00 | 0.00 | | 0.00 | FA |
| 5 | 15322 Kenneth, Midlothian, IL 60445-0000, Cook C<br>Orig. Description: 15322 Kenneth, Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 756.00 | 0.00 | | 0.00 | FA |
| 6 | 15301 Kostner, Midlothian, IL 60445-0000, Cook C<br>Orig. Description: 15301 Kostner, Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 3,024.00 | 0.00 | | 0.00 | FA |
| 7 | 15303 Kostner, Midlothian, IL 60445-0000, Cook C<br>Orig. Description: 15303 Kostner, Midlothian, IL 60445-0000, Cook County<br>; Imported from original petition Doc# 1 | 756.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** 17-25751 | | **Trustee:** | (330129) | Ira Bodenstein |
| **Case Name:** | SAMPANG, FLORA L. | **Filed (f) or Converted (c):** | 08/28/17 (f) | |
| | SAMPANG, ALFREDO C. | **§341(a) Meeting Date:** | 09/28/17 | |
| **Period Ending:** 10/26/18 | | **Claims Bar Date:** | 02/15/18 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Checking: Bank of America<br>   Orig. Description: Checking: Bank of America; Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 9 | Living Room Set, (5) Bed Room Sets, Dining Room<br>   Orig. Description: Living Room Set, (5) Bed Room Sets, Dining Room Set; Imported from original petition Doc# 1; Exemption: Living Room Set, (5) Bed Room Sets, Dining Room Set  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | (5) Televisions, (2) DVD Players, 3 Computers, M<br>   Orig. Description: (5) Televisions, (2) DVD Players, 3 Computers, Microwave, (2) Smart Phones; Imported from original petition Doc# 1; Exemption: (5) Televisions, (2) DVD Players, 3 Computers, Microwave, (2) Smart Phones  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 11 | Clothes<br>   Orig. Description: Clothes; Imported from original petition Doc# 1; Exemption: Clothes  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Fishing Poles<br>   Orig. Description: Fishing Poles; Imported from original petition Doc# 1; Exemption: Fishing Poles  -  Amount: 20.00 | 20.00 | 0.00 | | 0.00 | FA |
| 13 | Washington Insurance Company<br>   Orig. Description: Washington Insurance Company; Imported from original petition Doc# 1; Exemption: Washington Insurance Company  -  Amount: 6680.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2003 Ford F150<br>   Orig. Description: 2003 Ford F150; Imported from original petition Doc# 1; Exemption: 2003 Ford F150 50,000 miles FMV-NADA  -  Amount: 3025.00 | 3,025.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 Dodge Caravan<br>   Orig. Description: 2005 Dodge Caravan; Imported from original petition Doc# 1; Exemption: 2005 Dodge Caravan 78,000 miles FMV-NADA  -  Amount: 1225.00 | 1,225.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-25751
**Case Name:** SAMPANG, FLORA L.
SAMPANG, ALFREDO C.
**Period Ending:** 10/26/18

**Trustee:** (330129)   Ira Bodenstein
**Filed (f) or Converted (c):** 08/28/17 (f)
**§341(a) Meeting Date:** 09/28/17
**Claims Bar Date:** 02/15/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16   2006 Hummer H2<br>Orig. Description: 2006 Hummer H2; Imported from original petition Doc# 1 | 21,456.00 | 10,000.00 | | 14,000.00 | FA |
| 17   Dog, 15 Parakeets<br>Orig. Description: Dog, 15 Parakeets; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18   Discover Card refund  (u) | 0.00 | 38.18 | | 38.18 | FA |
| 18   Assets   Totals (Excluding unknown values) | **$714,705.00** | **$10,038.18** | | **$14,038.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2018- Asset investigation underway

**Initial Projected Date Of Final Report (TFR):**  March 31, 2019      **Current Projected Date Of Final Report (TFR):**  July 16, 2018  (Actual)

Printed: 10/26/2018 02:38 PM      V.14.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-25751  
**Case Name:** SAMPANG, FLORA L.  
SAMPANG, ALFREDO C.  
**Taxpayer ID #:** **-***7888  
**Period Ending:** 10/26/18

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $45,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/17 | {16} | American Auction Associate Inc | Net proceeds from sale of 2006 Hummer Dkt # 46 | 1129-000 | 14,000.00 | | 14,000.00 |
| 12/29/17 | {18} | Discover Bank | Discover Card refund | 1290-000 | 38.18 | | 14,038.18 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.41 | 14,026.77 |
| 01/19/18 | 101 | American Auction Associates, Inc | Sale expenses from sale of Hummer Dkt # 46 | 3620-000 | | 805.89 | 13,220.88 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.14 | 13,198.74 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.71 | 13,181.03 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.95 | 13,162.08 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.29 | 13,143.79 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.79 | 13,123.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.24 | 13,104.76 |
| 08/23/18 | 102 | Ira Bodenstein | Dividend paid 100.00% on $59.18, Trustee Expenses;  Reference: | 2200-000 | | 59.18 | 13,045.58 |
| 08/23/18 | 103 | Ira Bodenstein | Dividend paid 100.00% on $2,153.82, Trustee Compensation;  Reference: | 2100-000 | | 2,153.82 | 10,891.76 |
| 08/23/18 | 104 | Internal Revenue Service | Dividend paid 0.68% on $1,201,531.04;  Claim# 1P; Filed: $1,201,531.04; Reference: | 5800-000 | | 8,191.50 | 2,700.26 |
| 08/23/18 | 105 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | Combined Check for Claims#17P,17S,18P | | | 2,700.26 | 0.00 |
| | | | Dividend paid 0.68% on 911.21 $133,656.23;  Claim# 17P; Filed: $133,656.23 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1,761.49 on $1,761.49;  Claim# 17S; Filed: $1,761.49 | 4110-000 | | | 0.00 |
| | | | Dividend paid 0.68% on 27.56 $4,042.23;  Claim# 18P; Filed: $4,042.23 | 5800-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,038.18 | 14,038.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,038.18 | 14,038.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,038.18** | **$14,038.18** | |

{} Asset reference(s)

Printed: 10/26/2018 02:38 PM     V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 17-25751 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** SAMPANG, FLORA L. | **Bank Name:** Rabobank, N.A. |
| SAMPANG, ALFREDO C. | **Account:** ******6266 - Checking Account |
| **Taxpayer ID #:** **-***7888 | **Blanket Bond:** $45,000,000.00 (per case limit) |
| **Period Ending:** 10/26/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :    14,038.18
                            _____
            Net Estate :      $14,038.18
```

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******6266** | | 14,038.18 | 14,038.18 | 0.00 |
| | | $14,038.18 | $14,038.18 | $0.00 |